SEARCH WARRANT RETURN (REV. 03/13)

| ☒ FILED | ☐ LODGED |
|---|---|

**Feb 25 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## RETURN

Case No.: **25-04641MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-25-25 | 2-25-25    13:40 | |

INVENTORY MADE IN THE PRESENCE OF

David V Bullard Jr + Ethan Paszko

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

510 grams fentanyl

Packaging

### NOT EXECUTED

☐    This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

### CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-25-25

_David W Bullard Jr_
Executing Officer's Signature

_David W Bullard Jr. U.S. Postal Inspector_
Printed Name and Title